142 F.3d 445
 NOTICE: Ninth Circuit Rule 36-3 provides that dispositions other than opinions or orders designated for publication are not precedential and should not be cited except when relevant under the doctrines of law of the case, res judicata, or collateral estoppel.
Southwest Center for Biological Diversity, a nonprofit
corporation; Huachuca Audubon Society, a nonprofit
corporation; San Pedro 100, an unincorporated association;
Area Resource in Danger, an unincorporated association;
Student Environmental Action Committee, an unincorporated
association; Sonoran Desert Biodiversity Project, an
unincorporated association; Forest Conservation Council, a
nonprofit corporation; Prescott Audubon Society, a
nonprofit corporation; Northern Arizona Audubon Society, a
nonprofit corporation; National Audubon Society, a
nonprofit corporation; Yuma Audubon Society, a nonprofit
corporation; Save America's Forests, a nonprofit
corporation; Tucson Audubon Society, a nonprofit
corporation; Maricopa Audubon Society, a nonprofit
corporation, Plaintiffs-Appellants,
v.
William J. PERRY, United States Secretary of Defense; Togo
D. West, Jr., Secretary of the Army; Charles W.
Thomas, Brigadier General Commander,
Fort Huachuca, Defendants-Appellees.
 No. 96-16814.
D.C. No. CV-94-00814-ACM.
 United States Court of Appeals,
Ninth Circuit.
 .
Submitted Sept. 15, 1997**.
Decided Apr. 16, 1998.
 
 1
 Appeal from the United States District Court for the District of Arizona Alfredo C. Marquez, District Judge, Presiding.
 
 
 2
 Before BROWNING and THOMPSON, Circuit Judges, and MOSKOWITZ,*** District Judge.
 
 
 3
 ORDER*
 
 
 4
 The appeal is DISMISSED as moot. The parties shall each bear their own court costs for this appeal.
 
 
 
 **
 The panel finds this case appropriate for submission without oral argument pursuant to 9th Cir. R. 34-4 and Fed. R.App. P. 34(a)
 
 
 **
 * The Honorable Barry Ted Moskowitz, District Judge, United States District Court for the Southern District of California, sitting by designation
 
 
 *
 This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. Rule 36-3